BENAVIDES, Circuit Judge,
specially concurring:
Although I join both the reasoning and result of the majority opinion, I write separately to reiterate that, under General Electric Co. v. Joiner, — U.S. -, 118 S.Ct. 512, 139 L.Ed.2d 508 (1997), the issue before us is whether the magistrate judge abused her discretion in excluding the testimony of Dr. Jenkins. While I believe this case to be a close one, I must agree that the magistrate judge acted within her discretion in excluding Dr. Jenkins’s proffered testimony. It does not follow from this, however, that she would have abused her discretion by admitting the proffered testimony. On the contrary, had she admitted the testimony, I would likewise be of the opinion that she acted within her discretion. I do not read the majority opinion to require otherwise.